PER CURIAM.

(No. 75-CC-142—

KROCH'S & BRENTANO'S, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed March 10, 1975.*

KROCH'S & BRENTANO'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-294—

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH
CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT
OF TRANSPORTATION, Respondent.

*Opinion filed March 10, 1975.*

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH
CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.